IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

COLUMBIA INSURANCE GROUP, INC.;
and COLUMBIA MUTUAL INSURANCE
COMPANY, INC.                                                                                    PLAINTIFFS

v.                              Case No. 1:14-cv-1025-SOH

PARK PLUS MANAGEMENT COMPANY;
WESTWOOD VILLAGE COOPERATIVE, INC.;
KATHERINE LETT-MONTGOMERY; MARY
WILLIAMSON; WILLIAM R. HAYES; and
MARIAN D. HAYES                                                                                  DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Motion for Summary Judgment. (ECF No. 13). Separate Defendants Katherine Lett Montgomery, Park Plus Management Company, Westwood Village Cooperative, Inc., and Mary Williamson have responded. (ECF No. 16). Separate Defendants Marian D. Hayes and William R. Hayes have also responded. (ECF No. 18). Plaintiffs have replied. (ECF Nos. 20 & 21). This matter is ripe for the Court's consideration.

For the reasons set forth in the Memorandum Opinion, the Court finds that Plaintiffs' Motion for Summary Judgment (ECF No. 13) should be and hereby is **GRANTED** and the Clerk is directed to close the case.

**IT IS SO ORDERED**, this 14th day of May, 2015.

                                                     /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    United States District Judge